UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FBR CAPITAL MARKETS & CO., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 13-00535 (RCL) |
| ) | |
| PETER D. HANS, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

Upon consideration of Petitioner's Petition To Partially Vacate Arbitration Award [2], it is hereby ORDERED that the Petitioner's Petition is DENIED.

Upon consideration of Respondent's Motion to Confirm Arbitration Award [8], it is hereby ORDERED that the Respondent's Motion is GRANTED.

It is further ORDERED that judgment is entered in favor of the Respondent against the Petitioner in the amount of $267,960, plus interest from March 20, 2013 until paid.

**SO ORDERED.**

Signed by Royce C. Lamberth, U.S. District Judge, on October 18, 2013.