IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FBR CAPITAL MARKETS & CO.,**<br><br>                    **Petitioner,**<br><br>    v.<br><br>**PETER D. HANS,**<br><br>                    **Respondent.** | Civil No. 13-00535 (RCL) |

## ORDER

THIS MATTER is before the Court on Respondent's motion for attorneys fees and expenses. The Court has considered the parties' filings and the pertinent authorities. Upon consideration of the matter, it is

ORDERED that Respondent's Motion for Attorneys Fees and Expenses is hereby granted; and it is further

ORDERED that Petitioner shall pay Respondent's attorneys fees in the amount of $_____ and expenses in the amount of $_____.

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

Dated: _____

{LTB-00047064- }